**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT FLORIDA**
**TAMPA DIVISION**

**BETH H. SCHULTZ**,

    **Plaintiff**,

vs.                                                                    Case No. 8:03-CV-1242-T-EAJ

**JO ANNE B. BARNHART,**
**Commissioner of**
**Social Security**,

    **Defendant**.
_____/

### ORDER

Before the court is Petitioner's **Motion for Attorney's Fees** (Dkt. 23). Plaintiff's counsel has conferred with Defendant who does not oppose Petitioner's motion or the amount of fees requested (Dkt. 21 at 1).

Petitioner requests an award of attorney's fees in the amount of $1047.60 pursuant to § 206(b) of the Social Security Act, as codified at 42 U.S.C. § 406(b)(2004)(hereinafter "§ 406(b)"). Under § 406(b), the court may grant a reasonable fee to a claimant's attorney for representation which resulted in a judgment favorable to the claimant. 42 U.S.C. § 406(b)(1)(A). This fee may not exceed twenty-five (25) percent of the total of the past-due benefits claimant is entitled to as a result of the favorable judgment. Id.

Here, Plaintiff retained Petitioner, Emily W. Lawyer, on June 13, 2003, to represent Plaintiff in his claim for Social Security disability benefits on a contingency fee basis. (Dkt. 23, ¶ 4).

Plaintiff and the Petitioner agreed that the combined fees of Petitioner and Douglas Bissi (a non-attorney who handled the administrative proceedings) would not exceed twenty-five percent of any past-due benefits awarded. Id. Plaintiff received a favorable judgment upon his appeal to this court (Dkt. 18) and was awarded past-due benefits at a second administrative hearing (Dkt. 23, ¶ 3).

Plaintiff was granted a total of $42,364.00 of past-due benefits. (Dkt. 23, ¶ 7). The Commissioner withheld twenty-five percent of the total of Plaintiff's past-due benefits, or $10,591.00. Id. Petitioner previously received $2,952.40 for attorney's fees under the Equal Access to Justice Act. (Dkt. 20). Mr. Bissi has petitioned the Commissioner for fees in the amount of $6,591.00. (Dkt. 23, ¶ 8). The amount Petitioner now requests, $1,047.60, represents the amount remaining of the twenty-five percent withheld by the Commissioner.

The total sum of Petitioner's previous award of attorney's fees and the amount here requested is $4,000.00. This amount, to which Defendant agrees, represents 20 hours at a rate of $200.00 per hour for work completed in 2003 and 2004. (Dkt. 23). Petitioner is an experienced attorney who has been admitted to practice before this court for thirty years, and whose customary rate in similar cases is $200.00 per hour. Id. In light of the contingency agreement between Plaintiff and Petitioner, Petitioner's experience in this field, the complexity of the case,

and the successful outcome obtained, the court considers the requested fees reasonable.  This court will therefore grant Plaintiff's request for attorney's fees.

Accordingly and upon consideration, it is **ORDERED** and **ADJUDGED** that:

1) Plaintiff's **Motion for Attorney's Fees** (Dkt. 23) is **GRANTED;** and

2) Plaintiff's counsel, Emily W. Lawyer, shall be awarded $1,047.60 in attorney's fees.

**DONE** and **ORDERED** in Tampa, Florida this 1st day of September, 2005.

                                                                    _____
                                                                    ELIZABETH A JENKINS
                                                                    United States Magistrate Judge

Copies to:
Counsel of Record